IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**VIRAWAN YAWAPONGSIRI**                                                   PLAINTIFF

V.                         NO. 10-5184

**TYSON FOODS, INC.**                                                        DEFENDANT

### JUDGMENT

This matter comes on for consideration based on the plaintiff's Notice of Offer of Judgment and Request for Entry of Judgment (Doc. 7). The Court, being well and sufficiently advised, finds that, based upon the plaintiff's notice, judgment should be entered in her favor against the defendant.

**IT IS THEREFORE ORDERED** that plaintiff have judgment against defendant in the amount of $49,000.00(less applicable payroll deductions), inclusive of reasonable costs and attorney's fees.

**IT IS SO ORDERED,** this 24th day of February, 2011.

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE